BEFORE THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

W. A. *et al.*,

    Plaintiffs,

v.

Danielle Lehman *et al.*,

    Defendants.

No. 2:24-cv-00849-JHC

Order

Upon consideration of Plaintiffs' Motion for a Protective Order, Dkt. # 3, it is hereby ordered that named Plaintiffs be identified by the first initial of their first and last names throughout this litigation and that their true names not be revealed in any publicly available documents. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000) ("[A] party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the part's identity."); *see also Doe v. Gonzales*, 484 F.3d 445, 446 (7th Cir. 2007) (noting that asylum applicant was permitted to proceed under a pseudonym "because of his fear that if he is returned to El Salvador he will be killed"); *Doe v. I.N.S.*, 867 F.2d 285, 286 n.1 (6th Cir. 1989) (noting that for an asylum applicant, "[a]though

Order – 1

the use of pseudonyms is not favored, we have resorted to it here to protect the petitioner's family, who remain in China, from possible reprisals").

It is also ordered 8 C.F.R. § 208.6 and 8 C.F.R. § 1208.6 shall remain in effect to protect Plaintiffs' identities as applicants for asylum from public disclosure.

Dated this 2nd day of July 2024.

*John H. Chun*
John H. Chun
United States District Judge

Order – 2