UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| W.A., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DANIELLE LEHMAN, *et al.*,<br><br>　　　　　　　Defendants. | No. 2:24-cv-00849-JHC<br><br>SECOND STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>December 9, 2024 |

Plaintiffs and Defendants (the "parties"), pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until January 16, 2025. Plaintiffs are 12 individuals who bring this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to (1) schedule interviews for Plaintiffs who have a pending Form I-589, Application for Asylum and for Withholding of Removal ("asylum application") and have not yet been scheduled for an interview and (2) adjudicate Plaintiffs' asylum applications. This case is currently stayed through December 17, 2024. Dkt. No. 8. USCIS has since adjudicated 11 out of the 12 Plaintiffs' asylum applications. Only one application remains. USCIS requests

STIPULATED MOTION FOR ABEYANCE
& ORDER - 1
Case No. 2:24-cv-00849-JHC

1  additional time to adjudicate this remaining asylum application. For good cause, the parties request
2  that this Court continue to hold the case in abeyance until January 16, 2025.

3  Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706
4  (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to
5  control the disposition of the causes on its docket with economy of time and effort for itself, for
6  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

7  With additional time, this case may resolve without the need for further judicial intervention.
8  USCIS has adjudicated asylum applications for 11 out of the 12 Plaintiffs in this matter. USCIS
9  conducted the remaining Plaintiff's asylum interview on September 24, 2024. That case remains
10 under review and USCIS requires additional time to adjudicate the asylum application.

11 As additional time is necessary for this to occur, the parties request that the Court hold the
12 case in abeyance until January 16, 2025. The parties will submit a joint status report on or before
13 January 16, 2025. The parties further request that the August 15, 2024, Order for the parties to
14 submit a joint status report by December 17, 2024, be vacated. Dkt. No. 8.

15 Dated: December 9, 2024                          Respectfully submitted,

16                                                 BRIAN M. BOYNTON
                                                   Principal Deputy Assistant Attorney General
17
                                                   SAMUEL P. GO
18                                                 Assistant Director

19                                                 *s/ Ian S. Lam*
                                                   IAN S. LAM (DC Bar No. 90017495)
20                                                 Trial Attorney
                                                   U.S. Department of Justice
21                                                 Office of Immigration Litigation
                                                   General Litigation and Appeals Section
22                                                 P.O. Box 878, Ben Franklin Station
                                                   Washington, DC 20044
23                                                 Telephone: (202) 307-6329
                                                   Facsimile: (202) 305-7000
24

STIPULATED MOTION FOR ABEYANCE
& ORDER - 2
Case No. 2:24-cv-00849-JHC

E-mail: Ian.S.Lam@usdoj.gov

*Attorneys for Defendants*

***I certify that this memorandum contains 338 words, in compliance with the Local Civil Rules.***

<u>*s/ Devin T. Theriot-Orr (with permission)*</u>
DEVIN T. THERIOT ORR
Open Sky Law, PLLC
20415 72nd Ave S., Ste 110
Telephone: (206) 962-5052
Facsimile: (206) 681-9663
E-mail: devin@opensky.law

<u>*s/ Whitney C. Wootton (with permission)*</u>
WHITNEY C. WOOTTON
Open Sky Law, PLLC
20415 72nd Ave S., Ste 110
Telephone: (206) 962-5052
Facsimile: (206) 681-9663
E-mail: whitney@opensky.law

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE
& ORDER - 3
Case No. 2:24-cv-00849-JHC

**ORDER**

The Court GRANTS the motion. The case is held in abeyance until January 16, 2025. The parties shall submit a joint status report on or before January 16, 2025. The Order for the parties to submit a joint status report by December 17, 2024, is vacated. Dkt. No. 8. It is so **ORDERED**.

DATED this 9th day of December, 2024.

_____
JOHN H. CHUN
United States District Judge